# Third District Court of Appeal
## State of Florida

Opinion filed October 1, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1349
Lower Tribunal No. 21-17198-CA-01
_____

**Danielle Reynard**,
Appellant,

vs.

**Shopping Center Management**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Vivianne del Rio, Judge.

Warrior Law P.A., and Liah C. Catanese (Weston), for appellant.

GrayRobinson, P.A., and Jack R. Reiter, and Eric Yesner, for appellee.

Before EMAS, LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.